January 18, 1973.

Ex. Nos. 1461, 1462. STATE *v.* ANDREW J. LOMBARDI. STATE *v.* GERARD E. LUTYE. Petition for leave to reargue denied. *Richard J. Israel,* Attorney General, *Donald P. Ryan,* Asst. Attorney General, for plaintiff. *Aram K. Berberian,* for defendant.

January 25, 1973.

APPEAL No. 1557. WILLIAM T. YOUNG, INC. *et al. v.* HARRY SIMPSON. After decision in the above case, court was informed that because of irreconcilable conflicts in the schedules of counsel and the trial justice it will be impossible to comply with the mandate contained in the decision. Accordingly, the mandate is amended to read as follows:

> The case is remitted to the Superior Court with direction that the trial justice who heard it be afforded an opportunity within 40 days thereafter to specify whether the dismissal was with or without prejudice. The case shall thereafter progress as provided herein.

*Raymond J. Surdut,* for plaintiff-appellant William T. Young, Inc. *James F. Murphy,* for defendant-appellee.

C. A. No. 1890. STATE *v.* ROBERT RAGONESI. Motion of petitioner to be admitted to bail pending determination of an appeal of his conviction is denied. *Richard J. Israel,* Attorney General, *Donald P. Ryan,* Asst. Attorney General, for plaintiff-respondent. *James S. O'Brien,* for defendant-petitioner.